UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNICA JOHNSON,

     Plaintiff,

v.

COMSTOCK VILLAGE APARTMENTS,
L.D.H.A,

     Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:18-cv-01414

## REPORT AND RECOMMENDATION

Plaintiff brings this action raising various federal claims of discrimination under the Fair Housing Amendments Act, 42 U.S.C. §§ 3604, 3617, and the Fair Credit Reporting Act, 15 U.S.C. § 1681b.  Plaintiff also raises a supplemental claim under the state's Landlord and Tenant Relationship Act, MICH. COMP. L. 554.601. Plaintiff is represented by counsel.

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* (ECF No. 2), and it has been referred to me.  For the following reasons, I recommend that plaintiff's application to proceed *in forma pauperis* be denied.

This is not a proper case for *IFP* status for two reasons.  First, plaintiff is represented by counsel, and she is suing for relief under federal statutes that include cost-shifting provisions should she prevail.  Moreover, and giving plaintiff the benefit of doubt, her application indicates that she has more than $500.00 per month in discretionary income.  (*See* ECF No. 2, PageID.11-15).  Based on this information,

plaintiff has failed to demonstrate an inability to pay the full filing fee, as is required by Local Rule 3.4(b).

## Recommendation

For the foregoing reasons, I recommend that plaintiff's application to proceed *in forma pauperis* (ECF No. 2) be denied, and that she be ordered to pay the $400.00 filing fee.

Dated:   December 31, 2018                   /s/ Phillip J. Green
                                             PHILLIP J. GREEN
                                             United States Magistrate Judge


## NOTICE TO PARTIES

ANY OBJECTIONS to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you.  28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b).  All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b).  Failure to file timely and specific objections may constitute a waiver of any further right of appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).  General objections do not suffice.  *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).