UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNICA JOHNSON,

    Plaintiff,

CASE NO. 1:18-cv-1414

v.

HON. ROBERT J. JONKER

COMSTOCK VILLAGE APARTMENTS, L.D.H.A.,

    Defendant.
_____/

## **ORDER**

    Plaintiff has paid the filing fee and her application to proceed IPF, and the Magistrate Judge's Report and Recommendation on the application are dismissed as moot.

Dated:   January 7, 2019          /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        CHIEF UNITED STATES DISTRICT JUDGE